Shaun Setareh (SBN 204514)
    shaun@setarehlaw.com
H. Scott Leviant (SBN 200834)
    scott@setarehlaw.com
**SETAREH LAW GROUP**
9454 Wilshire Boulevard, Suite 907
Beverly Hills, California  90212
Telephone:    (310) 888-7771
Facsimile:    (310) 888-0109

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS M. ARELLANO, on behalf of himself, all others similarly situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>ABC LEGAL SERVICES, INC., a Washington corporation; and DOES 1 through 10, inclusive,<br><br>*Defendants*. | Case No.: 3:18-cv-00073-RS<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE AND [PROPOSED] ORDER**<br><br>Complaint Filed:  January 4, 2018 |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

WHEREAS, pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Luis Arellano ("Plaintiff") and Defendant ABC Legal Services, Inc. ("ABC Legal") (collectively "the Parties"), by and through their respective counsel, stipulate and request that the Court enter an order dismissing the above-captioned action *without prejudice* as to both Plaintiff's individual claims as well as the claims of the putative class;

WHEREAS, Plaintiff is not being provided any compensation for dismissing this action without prejudice; and

WHEREAS, because no class has been certified in this action, the Court's approval of this dismissal is not required by Rule 23(e) of the Federal Rules of Civil Procedure.  *See*, Fed. R. Civ. P. 23(e).

NOW THEREFORE, the Parties respectfully request that the Court enter an order dismissing the above-captioned action *without prejudice*.

IT IS SO STIPULATED.

Dated: April 2, 2018,   **SETAREH LAW GROUP**

By: /s/ H. Scott Leviant
Shaun Setareh
H. Scott Leviant[1]

Attorneys for Plaintiff Luis Arellano

Dated: April 2, 2018,   **MESERVY LAW, P.C.**
GLICK LAW GROUP, P.C.

By: /s/ London Meservy, by permission
London Meservy

Attorneys for Defendant ABC Legal Services, Inc.

### ~~PROPOSED~~ ORDER

Based upon the Parties' Stipulation for Dismissal of Entire Action Without Prejudice, and good cause appearing, the Court hereby ORDERS that this action is DISMISSED WITHOUT PREJUDICE

**IT IS SO ORDERED.**

Dated: April 2, 2018

Hon. Richard Seeborg
UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.